# NOTICE OF CONSENT TO JOIN

  By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ADAM BLOCK, 3SIXTY HOSPITALITY, LLC, MOSHA LAX, THE CARLTON HOTEL ON MADISON AVENUE and CARLTON HOTEL MANAGEMENT, LLC to pay me overtime and minimum wages due in accordance with federal and state law. I authorize the filing of this consent in the action(s) challenging such conduct.

_6·20·08_
Date

_[signature]_
Annie Coleman