
632145

U.S. DISTRICT COURT, SOUTHERN DIST.
NEW YORK

INDEX NO: 6120/08
FILE DATE:
ATTY: SCOTT A. LUCAS
60 EAST 42ND STREET
SUITE 1001
NEW YORK, NY 10165

STATE OF NEW YORK: COUNTY OF NEW YORK

EPS No: 605747
Attorney File No:
Batch No: 0

PRINCE BRELAND, ANNIE COLEMAN ET AL     Plaintiff(s)

- against -

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ET AL     Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**
CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/29/2008 at 12:43PM at 411 WEST 14TH STREET, NEW YORK, NY 10014, 4TH FLOOR deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on 3SIXTY HOSPITALITY, LLC. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with 3SIXTY HOSPITALITY, LLC and that the deponent knew the person so served to be the GENERAL AGENT, ANDY WALDMAN, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

Approximate age: **50**     Approximate weight: **190**     Approximate height: **5'9"**
Color of skin: **WHITE**     Color of hair: **GRAY**     Sex: **M**

Sworn to before me on  7/30/2008

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
| --- | --- | --- | --- |
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**

| | |
|---|---|
| COURT: U.S. DISTRICT COURT, SOUTHERN DIST.<br>COUNTY: NEW YORK | INDEX NO:  6120/08 |

_____X

PRINCE BRELAND, ANNIE COLEMAN ET AL

                                                                                                                                        **Plaintiff(s)**

- against -

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ET AL

                                                                                                                                         **Defendant(s)**

_____X

# AFFIDAVIT OF SERVICE

SCOTT A. LUCAS
Attorney for Plaintiffs
60 EAST 42ND STREET
NEW YORK, NY 10165
212-573-6906
212-286-9516

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**