UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   **Civil Action No.** 08 CV 6120
PRINCE BRELAND, ANNIE COLEMAN and MAXIME
DIATTA, individually and on behalf of all others similarly
Situated,

**NOTICE OF APPEARANCE**

                      Plaintiffs,

            *-against-*

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK,
LLC, ADAM BLOCK, 3SIXTY HOSPITALITY, LLC,
MOSHA LAX, THE CARLTON HOTEL ON MADISON
AVENUE and CARLTON HOTEL MANAGEMENT,
LLC,

                      Defendants.
------------------------------------------------------------------X

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for the Defendant 3SIXTY HOSPITALITY in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers to be served upon:

        BROOKE SCHNEIDER, ESQ. (BS 2379)
        BSCHNEIDER@gordonrees.com
        GORDON & REES, LLP
        90 Broad Street, 23rd Floor
        New York, NY 10004
        Phone: 212-269-5500
        Fax: 212-269-5505

Dated: New York, New York
       August 25, 2008

GORDON & REES, LLP

By: *Brooke Schneider*
Brooke Schneider, Esq. (BS 2379)
Attorneys for Defendant
*3SIXTY HOSPITALITY*
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500

TO: Scott A. Lucas
Steven M. Sack
Attorneys for Plaintiffs
Law Offices of Scott A. Lucas
The Lincoln Building – Suite 1001
60 East 42nd Street
New York, New York 10165