UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PRINCE BRELAND, ANNIE COLEMAN and MAXIME
DIATTA, individually and on behalf of all others similarly
Situated,

                          Plaintiffs,

            -against-

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK,
LLC, ADAM BLOCK, 3SIXTY HOSPITALITY, LLC,
MOSHA LAX, THE CARLTON HOTEL ON MADISON
AVENUE and CARLTON HOTEL MANAGEMENT,
LLC,

                        Defendants.
------------------------------------------------------------------X

**Civil Action No.** 08 CV 6120

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that the undersigned attorney is of the law offices of Gordon & Rees LLP, and hereby files this Notice of Appearance in the above-referenced action as counsel for the Defendant 3SIXTY HOSPITALITY in this matter, and requests that copies of all briefs, motions, orders, correspondence and other papers to be served upon:

                CHRISTOPHER BLOCK, ESQ. (CB 452061)
                CBLOCK@gordonrees.com
                GORDON & REES, LLP
                90 Broad Street, 23rd Floor
                New York, NY 10004
                Phone: 212-269-5500
                Fax: 212-269-5505

Dated: New York, New York
         August 25, 2008

GORDON & REES, LLP

By: _____

Christopher Block, Esq. (CB 452061)
Attorneys for Defendant
*3SIXTY HOSPITALITY*
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500


TO:   Scott A. Lucas
      Steven M. Sack
      Attorneys for Plaintiffs
      Law Offices of Scott A. Lucas
      The Lincoln Building – Suite 1001
      60 East 42nd Street
      New York, New York 10165