CHRISTOPHER BLOCK
CBLOCK@GORDONREES.COM

# GORDON & REES LLP

ATTORNEYS AT LAW
90 BROAD STREET
23RD FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GORDONREES.COM

August 25, 2008

**VIA ECF**
Honorable Doug F. Eaton
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:  Prince Breland et al. v. Geoffrey Zakarian, et al;
     Docket No. 08 CV 6120

Dear Judge Eaton:

By way of introduction, we represent defendant 3Sixty in connection with this matter. We have only recently been asked to represent our clients in this matter and our adversary has graciously agreed to a several day adjournment of the time for our client to file a responsive pleading. As such, we are writing to respectfully request that Your Honor kindly execute the attached executed stipulation extending to time for 3Sixty to Answer to September 2, 2008.

Thank You.

Respectfully submitted,

GORDON & REES, L.L.P.

Christopher Block

Enclosure

LULU/1046630/5229724v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PRINCE BRELAND, ANNIE COLEMAN and
MAXIME DIATTA, individually and on behalf
of all others similarly situated,

                Plaintiffs,

-against-

GEOFFREY ZAKARIAN, COUNTRY IN NEW
YORK, LLC, ADAM BLOCK, 3SIXTY
HOSPITALITY, LLC, MOSHA LAX, THE
CARLTON HOTEL ON MADISON AVENUE
and CARLTON HOTEL MANAGEMENT, LLC.,

                Defendants.
-----------------------------------------------------------x

Index No.: 08CV6120

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned, that the time for Defendants 3SIXTY HOSPITALITY to appear, answer or otherwise respond to Plaintiff's Complaint is extended to and including September 2, 2008.

**IT IS HEREBY STIPULATED AND AGREED,** that Defendant does not object to sufficiency of process.

Dated:  August 14, 2008

GORDON & REES, LLP

_____
Christopher B. Block, Esq.
Attorney for Defendants
3SIXTY HOSPITALITY
90 Broad Street, 23rd Floor
New York, New York 10004

LAW OFFICES OF SCOTT A. LUCAS

_____
Scott A. Lucas, Esq.
Steven M. Sack
Attorney for Plaintiffs
The Lincoln Building – Suite 1001
60 East 42nd Street
New York, New York 10165