Case 1:08-cv-06120-LAK    Document 10    Filed 07/25/2008    Page 1 of 2

# AMENDED AFFIDAVIT


636307

**U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK**

| | |
|---|---|
| INDEX NO: 6120/08 | |
| FILE DATE: | |
| ATTY: | SCOTT A. LUCAS |
| | 60 EAST 42ND STREET |
| | SUITE 1001 |
| | NEW YORK, NY 10165 |

EPS No: 605747
Attorney File No:
Batch No: 0

**STATE OF NEW YORK: COUNTY OF NEW YORK**

**PRINCE BRELAND, ANNIE COLEMAN ET AL**    Plaintiff(s)

- against -

**GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ET AL**    Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/23/2008 at 1:48PM at 90 MADISON AVENUE, NEW YORK, NY 10016, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on COUNTRY IN NEW YORK, LLC. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

**CORPORATION**
By delivering to and leaving with COUNTRY IN NEW YORK, LLC and that the deponent knew the person so served to be the GENERAL AGENT, YESENIA PAREDES, AUTHORIZED TO ACCEPT ON BEHALF of the corporation.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

| | | |
|---|---|---|
| Approximate age: **23** | Approximate weight: **118** | Approximate height: **5'4"** |
| Color of skin: **BROWN** | Color of hair: **BLACK** | Sex: **F** |

Sworn to before me on  **7/24/2008**

931878

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.  
COUNTY: NEW YORK

INDEX NO: 6120/08

_____X

PRINCE BRELAND, ANNIE COLEMAN ET AL

Plaintiff(s)

- against -

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ET AL

Defendant(s)

_____X

# AFFIDAVIT OF SERVICE

SCOTT A. LUCAS  
Attorney for Plaintiffs  
60 EAST 42ND STREET  
NEW YORK, NY 10165  
212-573-6906  
212-286-9516

Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001