# AMENDED AFFIDAVIT


632143

| | |
|---|---|
| U.S. DISTRICT COURT, SOUTHERN DIST. NEW YORK | INDEX NO: 6120/08<br>FILE DATE:<br>ATTY: SCOTT A. LUCAS<br>60 EAST 42ND STREET<br>SUITE 1001<br>NEW YORK, NY 10165 |
| STATE OF NEW YORK: COUNTY OF NEW YORK | EPS No: 605747<br>Attorney File No:<br>Batch No: 0 |

**PRINCE BRELAND, ANNIE COLEMAN ET AL**                                 Plaintiff(s)

- against -

**GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ET AL**         Defendant(s)

**STATE OF NEW YORK, COUNTY OF QUEENS: SS:**

CHARLES F. MON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/23/2008 at 1:48PM at 90 MADISON AVENUE, NEW YORK, NY 10016, deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION on GEOFFREY ZAKARIAN. At time of service the index number and date of filing were on the SUMMONS & COMPLAINT IN A CIVIL ACTION

## SUITABLE AGE PERSON

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person. By delivering a true copy of the thereof to and leaving with YESENIA PAREDES, CO-WORKER a person of suitable age and discretion at 90 MADISON AVENUE, NEW YORK, NY 10016, the said premises being the defendants Place of Business within the State of New York.

## MAILING  First Class Mail

Deponent completed service under the last two sections by depositing 0 Copy of the SUMMONS & COMPLAINT IN A CIVIL ACTION to GEOFFREY ZAKARIAN at 90 MADISON AVENUE, NEW YORK, NY 10016 in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York on 7/25/2008 via First Class Mail. The mailing was made to the address bearing 'PERSONAL & CONFIDENTIAL' and not indicating 'LEGAL ACTION'.   NP

**A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:**

| Approximate age: 23 | Approximate weight: 118 | Approximate height: 5'4" |
|---|---|---|
| Color of skin: BROWN | Color of hair: BLACK | Sex: F |

**Military Service** ☒ Upon information and belief I aver that the defendant is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on ___AUG 08 2008___

| LUIS A. CRESPO | KEVIN T. MACTIERNAN | ARTAK RAEVSKY | LORRE A. DUNNE |
|---|---|---|---|
| Commissioner of Deeds | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK | NOTARY PUBLIC-STATE OF NEW YORK |
| City of New York No. 4-4920 | No. 01MA6108632 | No. 01RA6123189 | No. 01DU8016358 |
| Certificate Filed in Queens County | Qualified in Nassau County | Qualified in Queens County | Qualified in Queens County |
| Commission Expires Aug. 1, 2009 | Commission Expires 4/19/2008 | Commission Expires 2/28/2009 | Commission Expires 11/16/2010 |

**Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001**

COURT: U.S. DISTRICT COURT, SOUTHERN DIST.  INDEX NO:  6120/08
COUNTY: NEW YORK

_____X

PRINCE BRELAND, ANNIE COLEMAN ET AL

                              Plaintiff(s)

- against -

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ET AL

                              Defendant(s)

_____X

## AFFIDAVIT OF SERVICE

SCOTT A. LUCAS
Attorney for Plaintiffs
60 EAST 42ND STREET
NEW YORK, NY 10165
212-573-6906
212-286-9516

Elite Process Servers, Inc. * 88-08 Little Neck Parkway, Floral Park, NY 11001