UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRINCE BRELAND, ANNIE COLEMAN and
MAXIME DIATTA, individually and on behalf
of all others similarly situated,

                Plaintiffs,

-against-

GEOFFREY ZAKARIAN, COUNTRY IN NEW
YORK, LLC, ADAM BLOCK, 3SIXTY
HOSPITALITY, LLC, MOSHA LAX, THE
CARLTON HOTEL ON MADISON AVENUE
and CARLTON HOTEL MANAGEMENT, LLC.,

                Defendants.
------------------------------------------------------------x

Index No.: 08CV6120

**STIPULATION**

       **IT IS HEREBY STIPULATED AND AGREED,** by the undersigned, that the time for Defendants 3SIXTY HOSPITALITY to appear, answer or otherwise respond to Plaintiff's Complaint is extended to and including September 2, 2008.

       **IT IS HEREBY STIPULATED AND AGREED,** that Defendant does not object to sufficiency of process.

Dated: August 14, 2008

| | |
|---|---|
| GORDON & REES, LLP | LAW OFFICES OF SCOTT A. LUCAS |
| _____ | _____ |
| Christopher B. Block, Esq. | Scott A. Lucas, Esq. |
| Attorney for Defendants | Steven M. Sack |
| 3SIXTY HOSPITALITY | Attorney for Plaintiffs |
| 90 Broad Street, 23rd Floor | The Lincoln Building – Suite 1001 |
| New York, New York 10004 | 60 East 42nd Street |
| | New York, New York 10165 |

LULU/1035637/5877875v.1