UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

PRINCE BRELAND, ANNIE COLEMAN, and MAXIME DIATTA, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ADAM BLOCK, 3SIXTY HOSPITALITY, LLC, MOSHE LAX, THE CARLTON HOTEL ON MADISON AVENUE and CARLTON HOTEL MANAGEMENT, LLC,

Defendant.

------------------------------------------------------------ X

Case No.: 08cv6120 (LAK) (DEF)

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 3Sixty Hospitality, LLC ("3Sixty"), by and through its attorneys, Gordon & Rees, LLP., certifies as follows:

Defendant 3Sixty Hospitality, LLC has no parent cooperation and there is no publicly held corporation that owns 10% of more of 3Sixty Hospitality's Stock.

Dated:   New York, New York
         September 2, 2008

Respectfully Submitted,

GORDON & REES, LLP

By: _____
Christopher B. Block [CB0813]
Attorneys for Defendant
3Sixty Hospitality, LLC
90 Broad Street, 23rd Floor
New York, NY 10004
(212) 269-5500

LULU/1053095/5918794v.1

1