UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PRINCE BRELAND, ANNIE COLEMAN, and MAXIME DIATTA, individually and on behalf of all others similarly situated,

                  Plaintiff,

vs.

GEOFFREY ZAKARIAN, COUNTRY IN NEW YORK, LLC, ADAM BLOCK, 3SIXTY HOSPITALITY, LLC, MOSHE LAX, THE CARLTON HOTEL ON MADISON AVENUE and CARLTON HOTEL MANAGEMENT, LLC,

                  Defendant.

------------------------------------------------------------X

Case No.: 08cv6120 (LAK) (DEF)

**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

3Sixty Hospitality, LLC, by way of Answer to the Complaint, hereby state,

## INTRODUCTION

1. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

2. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

3. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

1

4. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

## JURISDICTION & VENUE

5. This paragraph calls for a legal conclusion and cannot be admitted or denied.

6. This paragraph calls for a legal conclusion and cannot be admitted or denied.

7. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

8. This paragraph calls for a legal conclusion and cannot be admitted or denied.

## THE PARTIES

### THE NAMED DEFENDANTS

9. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

10. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

11. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

12. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

13. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

14. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in this paragraph and leaves plaintiffs to their proofs with regard to same.

**DEFENDANTS**

15. Answering defendant denies the allegations contained in this paragraph.

16. Answering defendant denies the allegations contained in this paragraph.

17. Answering defendant denies the allegations contained in this paragraph.

18-39. Answering defendant denies knowledge or information sufficient to form a belief as to the truth of each and every allegation set forth in these paragraphs and leaves plaintiffs to their proofs with regard to same.

40. Answering defendant admits the allegations contained in this paragraph.

41. Answering defendant denies the allegations contained in this paragraph.

42. Answering defendant denies the allegations contained in this paragraph.

43. Answering defendant denies the allegations contained in this paragraph.

44. Answering defendant denies the allegations contained in this paragraph.

45.  a.  Answering defendant denies this sub-paragraph.

b.  Answering defendant denies this sub-paragraph.

c.  Answering defendant admits that beginning on a fixed date, defendant provided some limited assistance in regulatory needs to Country.

d.  Answering defendant admits that beginning on a fixed date, defendant provided some limited bookkeeping services to Country.

e.  Answering defendant denies this sub-paragraph.

f.  Answering defendant admits that beginning on a fixed date, defendant

        provided some limited advice to Country as to "cost of goods sold management".

    g.    Answering defendant denies this sub-paragraph, as overbroad.

46-53. Answering defendant denies the allegations contained in these paragraphs.

## CLASS ACTION ALLEGATIONS

54-65. Answering defendant denies the allegations contained in these paragraphs.

## COLLECTIVE ACTION ALLEGATION

66-69. Answering defendant denies the allegations contained in these paragraphs.

## CLASS-WIDE ALLEGATIONS

70-71 Answering defendant denies the allegations contained in these paragraphs.

## FIRST CAUSE OF ACTION

72.    Defendant repeats and realleges the allegations as if fully set forth herein.

73-91. Answering defendant denies the allegations contained in these paragraphs.

## SECOND CAUSE OF ACTION

92.    Defendant repeats and realleges the allegations as if fully set forth herein.

93-94. Answering defendant denies the allegations contained in these paragraphs.

## THIRD CAUSE OF ACTION

95.    Defendant repeats and realleges the allegations as if fully set forth herein.

96.    Defendant admits that the FLSA statute is quoted accurately, but denies that it is cited completely.

97.    This paragraph calls for a legal conclusion.

98.    This paragraph calls for a legal conclusion.

99-106. Answering defendant denies the allegations contained in these paragraphs.

## FOURTH CAUSE OF ACTION

107. Defendant repeats and realleges the allegations as if fully set forth herein.

108. This paragraph calls for a legal conclusion.

109-113. Answering defendant denies the allegations contained in these paragraphs.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant has conducted its practices in good faith and in accordance with all applicable statutes and regulations with regard to Plaintiffs. Defendant has not acted in bad faith or willfully or otherwise violated Plaintiffs' rights in any manner or acted maliciously with respect to any aspect of the events underlying the Complaint.

### THIRD AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' alleged claims are barred by his failure to exhaust administrative remedies.

### FOURTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims are barred by virtue of the equitable defense of the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are barred or limited from recovering damages based on his failure to mitigate said damages.

## SIXTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' injuries are due, in whole or in part, to their own actions.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' alleged claims are barred by the applicable statutes of limitations.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages.

## NINTH AFFIRMATIVE DEFENSE

Some or all of the actions forming the basis of Plaintiffs' alleged claims were committed by individuals outside the scope of their employment and cannot be imputed to this Defendant as a matter of law.

## TENTH AFFIRMATIVE DEFENSE

Defendant acted promptly and appropriately under the circumstances to remediate the situation.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred or limited from recovering damages based upon the doctrine of after-acquired evidence.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrine of unclean hands.

## THIRTEENTH AFFIRMATIVE DEFENSE

Answering defendant did not participate in any of the alleged wrongdoing

## FOURTEENTH AFFIRMATIVE DEFENSE

Answering defendant's only involvement with the subject restaurant post dates any of the alleged wrongful and or improper activity and plaintiffs' claims must be dismissed.

Dated:	NEW YORK
	September 2, 2008

Respectfully Submitted,

GORDON & REES, LLP

By: _____

Christopher B. Block [CB0813]
Attorneys for Defendant
3SIXTY HOSPITALITY, LLC
90 Broad Street
23rd Floor
New York, NY  10004
(212) 269-5500