UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRINCE BRELAND, ANNIE COLEMAN and
MAXIME DIATTA, individually and on behalf
of all others similarly situated,

           Plaintiffs,

  -against-

GEOFFREY ZAKARIAN, COUNTRY IN NEW
YORK, LLC, ADAM BLOCK, 3SIXTY
HOSPITALITY, LLC, MOSHA LAX, THE
CARLTON HOTEL ON MADISON AVENUE
and CARLTON HOTEL MANAGEMENT, LLC.,

           Defendants.
------------------------------------------------------------x

Index No.: 08CV6120

**STIPULATION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

AUG 29 2008

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that the time for Defendants 3SIXTY HOSPITALITY to appear, answer or otherwise respond to Plaintiff's Complaint is extended to and including September 2, 2008.

    IT IS HEREBY STIPULATED AND AGREED, that Defendant does not object to sufficiency of process.

Dated: August 14, 2008

GORDON & REES, LLP

_____
Christopher B. Block, Esq.
Attorney for Defendants
3SIXTY HOSPITALITY
90 Broad Street, 23rd Floor
New York, New York 10004

LAW OFFICES OF SCOTT A. LUCAS   9/2/08

_____
Scott A. Lucas, Esq.
Steven M. Sack
Attorney for Plaintiffs
The Lincoln Building – Suite 1001
60 East 42nd Street
New York, New York 10165